**Opinion issued October 15, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-13-00519-CR**

———————————

**IN RE JOSE PAULINO CHAVEZ, Relator**

———

**Original Proceeding on Petition for Writ of Mandamus**

———

**MEMORANDUM OPINION**

On June 20, 2013, the relator, Jose Paulino Chavez, filed a petition for writ of mandamus, seeking to compel the trial court to rule on relator's "motion requesting district court to correct void judgment."[1]

We **deny** the petition for writ of mandamus.[2]

---

[1] The underlying case is *State v. Jose Paulino Chavez*, No. 874365, in the 338th District Court of Harris County Texas, the Honorable Brock Thomas presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.

Do not publish.   TEX. R. APP. P. 47.2(b).

---

[2]   Relator's petition for writ of mandamus is procedurally defective.  *See* TEX. R. APP. 9.5 (requiring that document filed with Court must be served on all parties and that certificate of service contain date, manner of service, name and address of each person served, and, if person served is party's attorney, name of party represented by that attorney); TEX. R. APP. P. 52.3(k) (requiring that petition include appendix containing a certified or sworn copy of any document showing matter complained of); TEX. R. APP. P. 52.7 (requiring relator to file record with petition containing certified or sworn copy of every document that is material to relator's claim).